UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 04991
    ZACHARY T JOHNSON
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-5099

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/03/2008 and was not confirmed.

    The case was dismissed without confirmation 05/14/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | 1073.93 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED NOT I | 1000.00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1013.76 | .00 | .00 |
| CITIFINANCIAL SERVICES | UNSECURED | 10703.45 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| GENERAL MOTORS ACCEPTANC | UNSECURED | 11338.02 | .00 | .00 |
| HOUSEHOLD MORTGAGE SERVI | NOTICE ONLY | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1882.59 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 548.83 | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 250.00 | .00 | .00 |
| STATE COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1097.30 | .00 | .00 |
| JANA HALL | NOTICE ONLY | NOT FILED | .00 | .00 |
| MARY DANIEL | NOTICE ONLY | NOT FILED | .00 | .00 |
| Z DANIELS | NOTICE ONLY | NOT FILED | .00 | .00 |
| GMAC | SECURED VEHIC | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 20000.00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 12500.00 | .00 | .00 |
| WASHINGTON MUTUAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| THOMAS R HITCHCOCK | PRIORITY | NOT FILED | .00 | .00 |
| THOMAS R HITCHCOCK | DEBTOR ATTY | 2,564.50 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 04991 ZACHARY T JOHNSON

```
TRUSTEE                                      .00

PRIORITY                                                      .00
SECURED                                                       .00
UNSECURED                                                     .00
ADMINISTRATIVE                                                .00
TRUSTEE COMPENSATION                                          .00
DEBTOR REFUND                                                 .00
                          ---------------    ---------------
TOTALS                              .00                  .00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 08/26/08                /s/ Tom Vaughn
                               _____

                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE